# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LIGHTING SCIENCE GROUP CORPORATION,**

       Plaintiff,

v.

       Case No: 6:16-cv-678-Orl-37GJK

**PANOR CORPORATION,**

       Defendant

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Settlement and Dismissal with Prejudice (Doc. 29), filed July 19, 2016. No answer has been filed. Additionally the Notice represents that the parties have entered into a settlement agreement and agree to dismiss this action, waive their rights to appeal from or otherwise challenge the dismissal of this action. Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**. The Clerk is directed to close the file.

The Court declines to retain jurisdiction. If the either party fails to uphold its end of the settlement agreement, a separate suit may be filed to enforce the agreement. Therefore, leaving this case open to retain jurisdiction is unnecessary.

**DONE AND ORDERED** at Orlando, Florida this 21st day of July, 2016.



ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record